IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GE HER,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | 1:09cv01449 DLB<br><br>ORDER DISCHARGING<br>ORDER TO SHOW CAUSE<br><br>(Document 13) |

　　　　On April 20, 2010, the Court issued an order to show cause why the action should not be dismissed for Plaintiff's failure to file an opening brief. On April 21, 2010, Plaintiff filed an opening brief.

　　　　Based on the filing of the opening brief, the order to show cause is DISCHARGED.

　　　　IT IS SO ORDERED.

　　　　Dated:   **April 23, 2010**　　　　　　　　　　 **/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1